```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 28, 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERNON JONES,

                Plaintiff,

- against -

THE CITY OF NEW YORK, NYC DEPARTMENT OF CORRECTIONS ("NYCDOC") OFFICER JOHN SMITH II, NYCDOC OFFICER MASSEY, NYCDOC ADW MARGARITO, NYCDOC CAPTAIN MORE, NYCDOC OFFICERS JOHN DOES 1-5,

                Defendants.

**ORDER**

14 Civ. 8927 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the initial pre-trial conference presently scheduled for January 29, 2015 is adjourned to **March 12, 2015 at 9:45 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. In accordance with this Court's Individual Rules of Practice in Civil Cases, the parties are directed to file a joint letter and proposed Case Management Plan by **5:00 p.m. on Thursday, March 5, 2015**.

Dated: New York, New York
       January 28, 2015

                                      SO ORDERED.

                                      _____
                                      Paul G. Gardephe
                                      United States District Judge