DAVID A. THOMPSON
STECKLOW COHEN & THOMPSON

217 CENTRE STREET, 6TH FLOOR
NEW YORK, NEW YORK 10013
TEL:     (212) 566-8000
FAX:     (212) 202-4952
DAVE@SCTLAW.NYC

March 6, 2015

**VIA ECF**
Hon. Paul G. Gardephe
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:  Vernon Jones v. The City of New York, 14-cv-8927 (PGG)

To the Chambers of the Hon. Judge Gardephe:

I write as counsel for the plaintiff in the above-captioned case, which is scheduled for an initial conference on March 12, 2015. The City of New York was served on February 19, 2015, and its appearance and response to the pleading is due on March 12, 2015. Two individual defendants were served after February 19th, on a date that undersigned counsel will be able to supply when executed affidavits of service are received from the process server. For these defendants, their appearance and response to the pleading will not yet be due on the date of the scheduled conference. Two named defendants, Officer John Smith II and Captain More, have not yet been served, although a process server is currently engaged in attempted service and it is anticipated that service will be effected today. However, there have been some difficulties in effecting service on these individual parties that could delay completion of service further. Because of these facts, it appears that not all parties will have appeared and become subject to the Court's jurisdiction on the date of the scheduled conference.

For the foregoing reasons, I respectfully request an adjournment of the scheduled conference. Please note that if service on the remaining two individual defendants were effected today, such defendants would be required to appear and respond by March 27, 2015. Accordingly, the Court may wish to fix a rescheduled conference for a date after March 27th.

Respectfully submitted,

David A. Thompson