Form S - SUITABLE WITH MAILING                    carolyn


P421916

**STECKLOW COHEN &THOMPSON**     VIDAL / STECKLOW COHEN &THOMPSON
U S DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK
---------------------------------------------------------------
VERNON JONES
                                                    index No. **14 CV 8927**
                                         PLAINTIFF  Date Filed
                        - vs -
THE CITY OF NEW YORK, ETAL
                                         DEFENDANT  Office No.
                                                    Court Date.
---------------------------------------------------------------
                STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**TOBIAS B. STALLWORTH** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **27TH** day of **FEBRUARY, 2015 4:22PM** at
              **18-18 HAZEN STREET**
              **EAST ELMHURST NY 11370**
I served the **SUMMONS AND COMPLAINT**,
upon **NYCDOC OFFICER MASSEY (BADGE # 13653)**
the **DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **CAPTAIN (JANE) SMALL, CO-WORKER WHO REFUSED FULL NAME**
a person of suitable age and discretion.
            Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

                  SEX: **FEMALE** COLOR: **BLACK** HAIR: **BLACK**
                  APP.AGE: **55** APP. HT: **5'4** APP. WT: **175**
                  OTHER IDENTIFYING FEATURES


On **02/27/2015** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**the place of business of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

COMMENTS:


Sworn to before me this
27TH day of FEBRUARY, 2015

*FANISHA GREEN*
Notary Public, State of New York
No. 01GR6312613
Qualified in Kings County
Commission Expires October 06, 20__

TOBIAS B. STALLWORTH DCA LIC #1279759
inSync Litigation Support, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 9-SCT-421916