UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
VERNON JONES,

                                              1:14-cv-8927 (PGG)

               Plaintiff,

  -against-                                NOTICE OF APPEARANCE

THE CITY OF NEW YORK, ET AL.,

               Defendants.
--------------------------------------------------------X

       PLEASE TAKE NOTICE that Ben Kuruvilla, Senior Counsel with the office of Zachary W. Carter, Corporation Counsel of the City of New York, hereby appears as counsel for defendant THE CITY OF NEW YORK.  I am admitted to practice in this District.

DATED:      New York, New York
                  March 27, 2015

                                                  Respectfully submitted,

                                                  ZACHARY W. CARTER
                                                  Corporation Counsel of the City of New York
                                                  *Attorney for Defendant*
                                                  THE CITY OF NEW YORK
                                                  100 Church Street, Room 3-126
                                                  New York, New York 10007
                                                  (212) 356-3513
                                                  (212) 788-9776 (fax)
                                                  bkuruvil@law.nyc.gov

                                                  _____/s/ Ben Kuruvilla_____
                                                  By:  Ben Kuruvilla

To:     **By ECF**
        David Thompson, Esq.
        *Attorney for Plaintiff*