# RE: Problem

**Kuruvilla, Ben (Law)** <bkuruvil@law.nyc.gov>

Thu 10/22/2015 7:36 PM

To: David Thompson <dthompson@SCTLaw.NYC>;

The letter reflects our discussions with the following exceptions:

DR 25 – The way that paragraph in your letter is written, it implies that I acknowledge that legal papers were confiscated from plaintiff. I have no reason to believe that such papers were taken. So if you can insert some language that indicates that, it is fine.

Otherwise, the letter reflects what we discussed.

Please do not indicate that this is a joint letter.

Thanks.

**Ben Kuruvilla**
Senior Counsel
Special Federal Litigation Division
New York City Law Department
100 Church Street
New York, NY 10007
Tel: (212) 356-3513 (Please note my new number)
Fax: (212) 788-9776