# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

VERNON JONES,                                         14 CV 8927 (PGG)

                              Plaintiff,

          -against-                                  **[PROPOSED] ORDER**

THE CITY OF NEW YORK, et al.,

                             Defendants.

------------------------------------------------------------------x

       **WHEREAS,** defendants will take the deposition of plaintiff VERNON JONES on February 11, 2016 at the Anna M. Kross Center ("AMKC") on Rikers Island;

       **NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

       AMKC shall make plaintiff Vernon Jones, B&C # 8951500241, available for a deposition in this matter, Vernon Jones v. The City of New York, et al., 14-cv-8927-PGG, at AMKC, located at 18-18 Hazen Street, East Elmhurst, New York 11370, on **February 11, 2016, from 10:00 a.m. until 4:00 p.m.**, or, if the deposition does not occur on that date, on any subsequent date and time that is agreed upon between the parties and the appropriate official at AMKC, and that the deposition will be recorded in person by a stenographer.

SO ORDERED:

_____
HON. PAUL G. GARDEPHE, UNITED STATES DISTRICT JUDGE

DATE:_____