# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

VERNON JONES,

                      PLAINTIFF,

vs.

THE CITY OF NEW YORK, et al,

                      DEFENDANTS.

Index No. 1:14-cv-08927-PGG

---

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs, through his counsel, will take the deposition of Officer Shawn Smith II, an employee of Defendant The City of New York, before a notary public or other officer authorized by law to administer oaths, at the office of Stecklow & Thompson, located at 217 Centre Street 6th FL, New York, New York, 10013, beginning on February 9, 2016 at 10AM and continuing from day to day thereafter, or upon such adjourned date as may be agreed upon, until concluded. The deposition will be videotaped and recorded by stenographic means.

DATED:      January 27, 2016

                                            David A. Thompson (DT0991)
                                            Stecklow & Thompson
                                            Attorneys for Plaintiffs
                                            217 Centre Street 6th Floor
                                            New York, NY 10013
                                            (212)-566-8000

To:
A.C.C. Ben Kuruvilla
New York City Corporation Counsel

Senior Counsel
Special Federal Litigation Division
100 Church Street
New York, NY 10007
bkuruvil@law.nyc.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

VERNON JONES,

                PLAINTIFF,

vs.

THE CITY OF NEW YORK, et al.

                DEFENDANTS.

Index No. 1:14-cv-08927-PGG

---

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs, through their counsel, will take the deposition of Officer Margarito, an employee of Defendant The City of New York, before a notary public or other officer authorized by law to administer oaths, at the office of Stecklow, Cohen & Thompson, located at 217 Centre Street 6th Fl, New York, New York, 10013, beginning on February 12, 2016 at 10AM and continuing from day to day thereafter, or upon such adjourned date as may be agreed upon, until concluded. The deposition will be videotaped and recorded by stenographic means.

DATED:     January 27, 2016

                                            David A. Thompson (DT 3991)
                                            Stecklow Cohen & Thompson
                                            Attorneys for Plaintiffs
                                            217 Centre Street 6th Floor
                                            New York, NY 10013
                                            (212)-566-8000

To:
A.C.C. Ben Kuruvilla

New York City Corporation Counsel
Senior Counsel
Special Federal Litigation Division
100 Church Street
New York, NY 10007
bkuruvil@law.nyc.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

VERNON JONES,

                PLAINTIFF,

vs.

THE CITY OF NEW YORK, et al,

                DEFENDANTS.

Index No. 1:14-cv-08927-PGG

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff, through his counsel, will take the deposition of Officer Massey, an employee of Defendant The City of New York, before a notary public or other officer authorized by law to administer oaths, at the office of Stecklow & Thompson, located at 217 Centre Street 6th Fl, New York, New York, 10013, beginning on February 11, 2016 at 10AM and continuing from day to day thereafter, or upon such adjourned date as may be agreed upon, until concluded. The deposition will be videotaped and recorded by stenographic means.

DATED:      January 27, 2016

                                              David A. Thompson (DT 3991)
                                              Stecklow & Thompson
                                              Attorneys for Plaintiffs
                                              217 Centre Street 6th Floor
                                              New York, NY 10013
                                              (212)-566-8000

To:
A.C.C. Ben Kuruvilla

New York City Corporation Counsel
Senior Counsel
Special Federal Litigation Division
100 Church Street
New York, NY 10007
bkuruvil@law.nyc.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

VERNON JONES,

                            Index No. 1:14-cv-08927-PGG

            PLAINTIFF,

vs.

THE CITY OF NEW YORK, et al,

            DEFENDANTS.

     PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs, through his counsel, will take the deposition of Officer Captain Rose Moore, an employee of Defendant The City of New York, before a notary public or other officer authorized by law to administer oaths, at the office of Stecklow & Thompson, located at 217 Centre Street 6th FL, New York, New York, 10013, beginning on February 10, 2016 at 10AM and continuing from day to day thereafter, or upon such adjourned date as may be agreed upon, until concluded. The deposition will be videotaped and recorded by stenographic means.

DATED:     January 27, 2016

                                      David A. Thompson (DT 3991)
                                      Stecklow & Thompson
                                      Attorneys for Plaintiffs
                                      217 Centre Street 6th Floor
                                      New York, NY 10013
                                      (212)-566-8000

To:
A.C.C. Ben Kuruvilla

...

New York City Corporation Counsel
Senior Counsel
Special Federal Litigation Division
100 Church Street
New York, NY 10007
bkuruvil@law.nyc.go