```
┌─────────────────────────────────────────┐
│ USDC SDNY                                │
│ DOCUMENT                                 │
│ ELECTRONICALLY FILED                     │
│ DOC #: _____               │
│ DATE FILED: 2/9/16                       │
└─────────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERNON JONES,

                 Plaintiff,

        - against -

THE CITY OF NEW YORK, NYC
DEPARTMENT OF CORRECTIONS
("NYCDOC") OFFICER JOHN SMITH II,
NYCDOC OFFICER MASSEY, NYCDOC
ADW MARGARITO, NYCDOC CAPTAIN
MORE, NYCDOC OFFICERS JOHN
DOES 1-5,

                 Defendants.

**ORDER OF REFERENCE TO A
MAGISTRATE JUDGE**

14 Civ. 8927  (PGG) (AJP)

PAUL G. GARDEPHE, U.S.D.J.:

        The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
|      General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| **X**     Specific Non-Dispositive Motion/Dispute:* <br><br> Discovery dispute (Dkt. Nos. 34-37) <br><br> If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: <br><br> _____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) <br><br> Purpose: _____ <br><br> Habeas Corpus |
| | Social Security |
|      Settlement* | Dispositive Motion (i.e., motion requiring a Report and Recommendation) <br><br> Particular Motion: _____ <br><br> _____ <br><br> All such motions: _____ |
|      Inquest After Default/ Damages Hearing | |

Dated:          New York, New York
                February 9, 2016

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge